# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

131601-3

WILLIAM E. KASBEN,
      Plaintiff-Appellant,

v

BERYL W. HOFFMAN,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131601-3
COA: 247297; 253201; 254295
Leelanau CC: 96-003816-DO

On order of the Court, the application for leave to appeal the May 30, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

Clerk

p0122